Donald Potter (SBN 192735)
LAW OFFICE OF DONALD POTTER
776 East Green Street, Suite 210
Pasadena, California 91101
Telephone: 626.744.1555
Facsimile: 626.389.0592
Email: dp@donpotterlaw.com

Attorneys for Plaintiff
PAUL CREIGHTON

Shelline K. Bennett (SBN 164759)
sbennett@lcwlegal.com
Jesse J. Maddox (SBN 219091)
jmaddox@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
5701 N. West Avenue
Fresno, CA 93711

Attorneys for Defendants
CITY OF LIVINGSTON; RICHARD WARNE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL CREIGHTON, an individual,<br><br>        Plaintiff,<br><br>   v.<br><br>CITY OF LIVINGSTON, A California Municipal Corporation, RICHARD WARNE, an individual and in his official capacity, and DOES 1-20, inclusive,<br><br>        Defendants. | CASE NO.: 1:08-CV-01507-OWW-SMS<br><br>[Assigned to the Hon. Oliver W. Wanger, Courtroom 3]<br><br>**STIPULATION FOR DISMISSAL AND ORDER**<br><br>Complaint Filed: September 2, 2008<br>FAC Filed: June 2, 2009<br>Trial Date: June 29, 2010 |

-1-

**STIPULATION FOR DISMISSAL AND ORDER**

# **STIPULATION**

Pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, Plaintiff PAUL CREIGHTON and Defendants CITY OF LIVINGSTON and RICHARD WARNE, acting through their respective counsel of record, hereby stipulate that this action be DISMISSED WITH PREJUDICE, each side bearing its own costs and attorneys' fees, except as otherwise provided in the parties' confidential settlement agreement.

DATE: March 4, 2010            LAW OFFICE OF DONALD POTTER

By:\_\_\_/s/\_\_David Potter_____
Donald Potter
Attorney for Plaintiff,
PAUL CREIGHTON

DATE: March 2, 2010            LIEBERT CASSIDY WHITMORE
A Professional Law Corporation

By: /s/ Jesse Maddox_____
Jesse J. Maddox
Attorney for Defendants,
CITY OF LIVINGSTON and
RICHARD WARNE

# ORDER

On the stipulation of the parties, and good cause appearing therefore, this action is DISMISSED WITH PREJUDICE, each side bearing its own costs and attorneys' fees, except as otherwise provided in the parties' confidential settlement agreement.

**IT IS SO ORDERED.**

DATE: March 10, 2010      By:_/s/ OLIVER W. WANGER_____
                          THE HONORABLE OLIVER W. WANGER
                          United States District Court Judge
                          Eastern District, State of California